

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-21-00072-CV

IN RE S.L., RELATOR

ORIGINAL PROCEEDING

May 17, 2021

## MEMORANDUM OPINION

Before PIRTLE and PARKER and DOSS, JJ.

Relator, S.L., filed a petition for writ of mandamus with this Court seeking to compel respondent, the Honorable Matt Martindale, to reinstate a suit affecting the parent-child relationship. Now pending before the Court is S.L.'s motion seeking to withdraw his petition and voluntarily dismiss this original proceeding. Without passing on the merits of the petition, we grant S.L.'s motion and dismiss the proceeding. Accordingly, our *Order on Motion for Emergency Stay* of May 3, 2021, is vacated.

Per Curiam